# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-02163-JWL |
| | ) |
| KC HOPPS, LTD., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court upon the parties' Joint Motion for Order for Inspection and Reproduction of the Kansas Human Rights Commission's Records (Doc. 23). The present motion asks the Court to order the Kansas Human Rights Commission ("KHRC") to produce for inspection all files and documents concerning the investigation of Plaintiff Michael Lewis's complaint with the KHRC regarding Plaintiff's charges against Defendants KC Hopps, Ltd., Pan Fried, LLC, and Pan Fried 2, LLC, EEOC Charge No. 563-2018-01269. The Court finds that the documents the parties seek appear to be relevant and discoverable and will grant the parties' motion requesting production.

IT IS HEREBY ORDERED that the parties' Joint Motion for Order for Inspection and Reproduction of the Kansas Human Rights Commission's Records (Doc. 23) is hereby granted.

IT IS FURTHER ORDERED that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to charges filed by Plaintiff Michael Lewis with the KHRC, except such portions thereof which may be of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff. The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production. Should the KHRC find that any items are of a deliberative or conciliatory nature or

attorney work product of the KHRC's legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within 15 days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in this case.

IT IS SO ORDERED.

Dated May 2, 2019, at Kansas City, Kansas.

    s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge